# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lenihan, Lisa P. | Western District of PA | 04/25/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

US COURTHOUSE
700 GRANT ST.
PITTSBURGH, PA 15219

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | BOARD MEMBER | UPMC HEALTH PLAN |
| 2. | BOARD MEMBER | UPMC ALTOONA |
| 3. | ADJUNCT FACULTY MEMBER | UNIVERSITY OF PITTSBURGH |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | University of Pittsburgh - teaching income | $1,750.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | AMERICAN CONFERENCE INSTITUTE | 1/29/2015 - 1/30/2015 | MIAMI, FL | EDUCATIONAL SEMINAR | TRAVEL, FOOD, AND LODGING |
| 2. | NEW YORK INTELLECTUAL PROPERTY LAW ASSOC. | 3/27/2015 - 3/28/2015 | NEW YORK, NY | PROFESSIONAL ASSOCIATION ACTIVITIES | TRAVEL, FOOD, AND LODGING |
| 3. | AMERICAN CONFERENCE INSTITUTE | 5/28/2015 - 5/29/2015 | NEW YORK, NY | EDUCATIONAL SEMINAR | TRAVEL, FOOD, AND LODGING |
| 4. | ACADEMY OF TRIAL LAWYERS OF WESTERN PA | 9/30/2015 - 10/2/2015 | FARMINGTON, PA | EDUCATIONAL CONFERENCE | TRAVEL, FOOD, AND LODGING |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 04/25/2016 |

| 5. | AMERICAN CONFERENCE INSTITUTE | 10/26/2015 - 10/27/2015 | NEW YORK, NY | EDUCATIONAL SEMINAR | TRAVEL, FOOD, AND LODGING |
| 6. | AMERICAN CONFERENCE INSTITUTE | 11/19/2015 - 11/20/2015 | MIAMI, FL | EDUCATIONAL SEMINAR | TRAVEL, FOOD, AND LODGING |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 04/25/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 4 Northshore Associates | | None | O | S | | | | | |
| 2. IRA #1 (H) | | | | | | | | | |
| 3. American Money Market Class F1 (cash) | A | Interest | J | T | Open | 12/07/15 | J | | |
| 4. Oppenheimer Money Market Class A (cash) | A | Interest | K | T | Open | 07/17/15 | K | | |
| 5. Commonwealth Financial Bank Deposit Sweep (cash) (X) | A | Interest | J | T | | | | | |
| 6. ALIBABA Group HLDG Common Shrs (148) | | None | | | Sold | 12/07/15 | J | | |
| 7. Allianzgi Global Water Fund Cl A | A | Dividend | J | T | | | | | |
| 8. Allianzgi Health Sciences Cl A | C | Dividend | K | T | Sold | 07/13/15 | J | D | |
| 9. | | | | | Buy | 08/03/15 | K | | |
| 10. | | | | | Sold | 09/23/15 | K | | |
| 11. | | | | | Buy | 11/20/15 | K | | |
| 12. Copeland Risk Mgnt Div Growth Cl A | C | Dividend | K | T | | | | | |
| 13. Fidelity Advisor Consumer Staples Cl I | C | Dividend | L | T | Sold (part) | 07/17/15 | K | | |
| 14. | | | | | Sold | 09/15/15 | L | | |
| 15. | | | | | Buy | 11/19/15 | L | | |
| 16. Franklin Convertible Securities | A | Dividend | J | T | Buy | 01/09/15 | J | | |
| 17. | | | | | Sold | 07/01/15 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 04/25/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy | 08/12/15 | J | | |
| 19. Mainstay US Equity Opportunities Cl A | | None | K | T | Buy | 12/18/15 | K | | |
| 20. PIMCO EQS Long/Short Cl D | A | Dividend | K | T | | | | | |
| 21. PIMCO RAE Fundamental Plus Fund A | A | Dividend | K | T | Sold | 07/17/15 | K | A | |
| 22. | | | | | Buy | 12/18/15 | K | | |
| 23. PIMCO RAE Fundamental Small Plus A | A | Dividend | K | T | Sold (part) | 07/01/15 | K | A | |
| 24. | | | | | Sold | 07/17/15 | K | | |
| 25. | | | | | Buy | 12/18/15 | K | | |
| 26. Franklin Adjustable US Govt Cl A | | None | K | T | Buy | 12/21/15 | K | | |
| 27. Franklin Floating Rate Daily Access Cl A | A | Dividend | K | T | | | | | |
| 28. Franklin US Govt Cl A | A | Dividend | J | T | Sold | 01/09/15 | J | B | |
| 29. | | | | | Buy | 07/01/15 | J | | |
| 30. | | | | | Sold (part) | 08/12/15 | J | | |
| 31. Mainstay Unconstrnd Bond Opportunities Cl A | B | Dividend | K | T | | | | | |
| 32. Wasatch 1st Source Income Fund | A | Dividend | K | T | Buy | 07/16/15 | K | | |
| 33. | | | | | Sold (part) | 08/11/15 | K | A | |
| 34. Oppenheimer Discover Mid Cap Growth Class A | A | Dividend | | | Buy | 11/20/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 04/25/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 12/21/15 | K | | |
| 36. American Funds, Europacific Growth Fund Cl F1 | | None | | | Buy | 07/21/15 | J | | |
| 37. | | | | | Sold | 12/07/15 | J | | |
| 38. American Income Fund of America Cl F | A | Dividend | | | Sold | 07/21/15 | J | B | |
| 39. Allianzgi Short Duration Hi Inc Cl A | A | Dividend | | | Buy | 07/13/15 | K | | |
| 40. | | | | | Sold (part) | 08/11/15 | K | | |
| 41. | | | | | Buy (add'l) | 09/23/15 | K | | |
| 42. | | | | | Sold | 11/20/15 | K | | |
| 43. Fidelity Adv BioTech CL I | | None | | | Sold | 06/29/15 | K | | |
| 44. Fidelity Advisor Limited Term Bond Cl I | A | Dividend | | | Buy | 06/29/15 | K | | |
| 45. | | | | | Sold (part) | 07/17/15 | K | A | |
| 46. | | | | | Buy (add'l) | 09/15/15 | L | | |
| 47. | | | | | Sold | 11/19/15 | L | A | |
| 48. Oppenheimersteelpath MLP A | A | Dividend | | | Sold | 07/17/15 | K | | |
| 49. | | | | | Buy | 07/30/15 | K | | |
| 50. | | | | | Sold | 09/29/15 | K | | |
| 51. PIMCO Stockplus International Fund | | None | | | Buy | 07/31/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 09/14/15 | L | | |
| 53. PIMCO Stockplus Short Fund A | A | Dividend | | | Buy | 07/01/15 | K | | |
| 54. | | | | | Sold | 07/31/15 | K | | |
| 55. | | | | | Buy | 09/14/15 | L | | |
| 56. | | | | | Sold | 12/18/15 | K | | |
| 57. PIMCO Total Return Class A | A | Dividend | | | Buy | 07/17/15 | K | | |
| 58. | | | | | Sold | 07/31/15 | K | | |
| 59. Wasatch Long/Short Fund | | None | | | Sold | 07/16/15 | K | | |
| 60. Wasatch Small Cap Value Fund | | None | | | Buy | 08/11/15 | K | | |
| 61. | | | | | Sold | 11/05/15 | K | | |
| 62. Mainstay Income Bldr Cl A | A | Dividend | | | Sold | 09/11/15 | K | | |
| 63. Mainstay Money Market Class A | A | Dividend | | | Buy | 09/11/15 | K | | |
| 64. | | | | | Sold | 12/18/15 | K | | |
| 65. Templeton Global Bond Fund Cl A | A | Dividend | | | Sold | 12/21/15 | K | | |
| 66. M&I Bank -Money Market Account (cash) (Y) | | | | | | | | | |
| 67. Brokerage Account #1 (H) | | | | | | | | | |
| 68. Fidelity Funds: Prime Money Mkt Reserves Fund (cash) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 04/25/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Gulf Keystone Petro Common Stock | | None | J | T | | | | | |
| 70. Altria Group Common Stock | A | Dividend | J | T | | | | | |
| 71. Fidelity New Adv Insights Fund CL A | A | Dividend | J | T | | | | | |
| 72. Ivy Mid Cap Growth Fund Cl C | A | Dividend | J | T | | | | | |
| 73. Thornburg Invest Income Builder Fund CL C | A | Dividend | J | T | | | | | |
| 74. SouthernSun Funds: Small Cap (Y) | | | | | | | | | |
| 75. Brokerage Account #2 (H) | | | | | | | | | |
| 76. Ameriprise Insured Money Market | A | Interest | J | T | | | | | |
| 77. Eaton Vance Funds: Active Tax MGD GLBL Fund | B | Dividend | J | T | | | | | |
| 78. ISHARES Core S&P Small Cap ETF | A | Dividend | J | T | Sold (part) | 12/11/15 | J | A | |
| 79. Vanguard Div Appreciation Fund | A | Dividend | K | T | Buy (add'l) | 02/06/15 | J | | |
| 80. | | | | | Sold (part) | 12/11/15 | J | A | |
| 81. Vanguard Int Term Bond Fund | A | Dividend | | | Sold | 12/11/15 | J | A | |
| 82. Vanguard Short Term Corp Bond ETF | A | Dividend | | | Sold | 12/11/15 | J | A | |
| 83. First Eagle Funds: Global Fund Cl A | A | Dividend | K | T | Sold (part) | 12/11/15 | J | A | |
| 84. Ivy Balanced Cl A | B | Dividend | K | T | Buy (add'l) | 02/06/15 | J | | |
| 85. | | | | | Sold (part) | 12/11/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. JPMorgan Value Advantage Cl A | A | Dividend | K | T | Buy (add'l) | 02/06/15 | J | | |
| 87. | | | | | Sold (part) | 12/11/15 | J | A | |
| 88. MFS Intl Value Cl A | A | Dividend | J | T | | | | | |
| 89. Calamos Market Neutral Fund | A | Dividend | K | T | Sold (part) | 12/11/15 | J | A | |
| 90. Thornburg LTD Muni Fund CL I | A | Interest | K | T | Sold (part) | 12/11/15 | J | A | |
| 91. Virtus Prem Alphasector Fund | A | Dividend | | | Sold | 02/06/15 | J | A | |
| 92. ALPS Alerian MLP ETF | A | Dividend | J | T | Sold (part) | 12/11/15 | J | | |
| 93. Nuveen PA Mun Bond CL A | A | Dividend | J | T | Buy | 02/06/15 | J | | |
| 94. SPDR Barclays Capital Short Term Muni Bond Fund | | None | J | T | Buy | 12/11/15 | J | | |
| 95. Miscellaneous Accounts (H) | | | | | | | | | |
| 96. PNC Bank (cash) | A | Interest | J | T | | | | | |
| 97. Virtual Bank (cash) | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lenihan, Lisa P. | 04/25/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 1: Column C(1) reflects the value of my fractional share. (Total assessed value is (P2), with "S" = $6.8M.)

Part VII, lines 1, 2, 7, 8, 21, 23, 27, 31, 48, 67, 75, and 96: These entries correspond with lines 1, 2, 7, 5, 27, 28, 17, 39, 21, 49, 60, and 78 of the 2014 report, respectively. Name changes only.

Part VII, line 97: Inadvertently omitted from prior reports.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Lisa P. Lenihan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544